IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE REASER, #265571, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-1005-WKW |
| | ) [WO] |
| LARRY MCCOVERY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 31, 2017, the Magistrate Judge filed a Recommendation (Doc. # 7) to which Plaintiff timely filed objections (Docs. # 8.)  The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1).  In the Recommendation, the Magistrate Judge recommended the denial of Plaintiff's motion for preliminary injunction (Doc. # 1), reasoning that Plaintiff had failed to show irreparable injury (Doc. # 7).  Similarly, the Magistrate Judge found that Plaintiff's failure to propose a remedy made it impossible to determine what burden an injunction would place on the Alabama Department of Corrections and whether such an injunction would be in the public interest.  (Doc. # 7.)  To the extent Plaintiff objects to these findings, his objection is without merit and is due to be overruled.  (Doc. # 8.)

Accordingly, it is ORDERED as follows:

1. Plaintiff's objection (Doc. # 8) is OVERRULED;

2. The Recommendation (Doc. # 7) is ADOPTED;

3. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED; and

4. The matter is REFERRED to the Magistrate Judge for additional proceedings.

DONE this 14th day of March, 2017.

                                         /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE